# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00185-CV

### In re Texas Department of Criminal Justice

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

The Texas Department of Criminal Justice has filed a petition for writ of mandamus and accompanying motion for emergency relief from the district court's March 27, 2014 temporary restraining order in a pending suit to compel disclosure of information under the Public Information Act. The requestors have filed an emergency responsive brief. The order compels disclosure of the requested information to a limited group of attorneys, with further limitations on their use or disclosure of the information. We deny the mandamus petition and dismiss as moot the request for emergency relief. *See* Tex. Gov't Code § 552.322.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Filed:   March 28, 2014